IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CATO INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION;<br><br>MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;<br><br>RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity;<br><br>JOSEPH R. BIDEN, President of the United States, in his official capacity;<br><br>*Defendants*. | CIVIL CASE NO. 22-CV-4055<br><br>**DESIGNATION OF PLACE OF TRIAL** |

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiff requests Kansas City, Kansas as the place of trial.

1

October 19, 2022                              Respectfully submitted,

/s/ Markham S. Chenoweth
MARK CHENOWETH (Bar No. 20140)
General Counsel
SHENG LI, *Pro Hac Vice Forthcoming*
Litigation Counsel
RUSSELL G. RYAN, *Pro Hac Vice Forthcoming*
Senior Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Sheng.Li@ncla.legal