IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

CATO INSTITUTE,

        Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

        Defendants.

Case No. 5:22-cv-04055-TC-RES

## JOINT MOTION FOR BRIEFING SCHEDULE AND FOR LEAVE TO FILE EXCESS PAGES

On October 18, Plaintiff filed a complaint challenging a recently announced policy of the U.S. Department of Education concerning the discharge of certain federal student-loan debt. *See* ECF No. 1. On October 21, Plaintiff filed a motion for temporary restraining order and preliminary injunction. *See* ECF No. 13. Plaintiff has requested "expedited briefing and consideration" of its motion. *Id.* at 1.

The parties now have conferred regarding Plaintiff's motion and request for expedited briefing. Following those discussions, the parties have agreed to the following expedited briefing schedule for that motion, along with associated page limits for their respective filings:

| Filing | Page Limit | Date |
|---|---|---|
| Defendants' Response in Opposition | 40 pages | November 1, 2022 |
| Plaintiff's Reply | 40 pages | November 7, 2022 |

Good cause exists for this briefing schedule and the associated page extensions. Plaintiff's complaint and motion for temporary restraining order and preliminary injunction raise numerous complex questions of constitutional and administrative law. Additionally, even beyond the merits of


Plaintiff's claims, the parties anticipate that their briefing will need to address numerous jurisdictional issues. So that the Court may benefit from a fulsome presentation of the parties' positions on these legal questions, and so that Plaintiff's motion may be resolved on an appropriate timeline, the parties respectfully request that the Court adopt the specific deadlines and page limits that the parties have negotiated and agreed upon, as detailed above.

Dated: October 25, 2022

/s/ Markham S. Chenoweth
MARK CHENOWETH (KS Bar No. 20140)
General Counsel
SHENG LI
Litigation Counsel
RUSSELL G. RYAN
Senior Litigation Counsel
Attorneys for Plaintiff Cato Institute
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Sheng.Li@ncla.legal

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Cody T. Knapp
CODY T. KNAPP (NY #5715438)
KATE TALMOR
R. CHARLIE MERRITT
SAMUEL REBO
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Facsimile: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy to all counsel of record.

*/s/ Cody T. Knapp*
CODY T. KNAPP