## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CATO INSTITUTE,** | ) | Case Number: **22-4055** |
| | ) | |
| Plaintiffs, | ) | |
| **vs.** | ) | |
| | ) | |
| **US DEPARTMENT OF EDUCATION, et al.,** | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | Date of Hearing: **10/26/2022** |

### CIVIL MINUTE SHEET – MOTION  HEARING via Telephone

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **26 minutes** |

**APPEARANCES:**   *court and parties appear   by:*  **via Telephone**
- PLAINTIFF: **Sheng Li / Russell Ryan / Markham Chenoweth**
- DEFENDANTS: **Cody Knapp**

**PROCEEDINGS:**

The parties discuss pending motions – **Doc. 13**, MOTION for Temporary Restraining Order and Preliminary Injunction by Plaintiff Cato Institute;  and **Doc. 17**, Joint MOTION for Leave to File Excess Pages in Response and in Reply, Joint MOTION for Order Adopting Proposed Briefing Schedule.

The Court denies, without prejudice, Joint Motion for Leave, Doc. 17.

Parties to contact chambers by email with proposed briefing schedule as discussed on record.